# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                             :   NO. 777
                                                   :
REAPPOINTMENT TO THE COMMITTEE :   SUPREME COURT RULES DOCKET
ON RULES OF EVIDENCE                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2018, Frederick N. Frank, Esquire, Allegheny County, is hereby reappointed as a member of the Committee on the Rules of Evidence for a term of three years, commencing November 2, 2018.